UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRADO HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　Defendants. | Case No. 1:20-cv-01016 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 21) |

The parties report that he has settled the matter and will seek dismissal of the action soon. (Doc. 21 at 2) Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than May 21, 2021**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

　　Dated:　**February 22, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE