1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   CONRADO HERRERA,                         Case No. 1:20-cv-01016 NONE JLT

12                  Plaintiff,                ORDER DIRECTING THE CLERK OF COURT TO
                                              ASSIGN A DISTRICT JUDGE AND TO CLOSE
13          v.                                THIS CASE
                                              (Doc. 23)
14   FCA US LLC,

15                  Defendants.

16

17          The parties have filed a stipulation to dismiss the action with prejudice under Federal Rules

18   of Civil Procedure Rule 41(a)(1)(A)(ii).  (Doc. 23) Accordingly, the Clerk of Court is DIRECTED

19   to assign a district judge for the purpose of closing this case and then to close this action.

20

21   IT IS SO ORDERED.

22       Dated:   __May 21, 2021__        _____ /s/ Jennifer L. Thurston__
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28